# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin Gangley, | No. CV-23-00232-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| KM Integrated Health Services LLC, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation of Dismissal filed on April 21, 2023. (Doc. 12). For good cause shown in the Stipulation,

**IT IS ORDERED approving** the Stipulation of Dismissal. (Doc. 12).

**IT IS FURTHER ORDERED dismissing** this action in its entirety, **with prejudice**, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this action.

Dated this 24th day of April, 2023.

Honorable Stephen M. McNamee
Senior United States District Judge